```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

ALKERMES, INC.,              .
et al.,                      .
                             .
          Plaintiffs,        .
                             .  Case No. 20-cv-12470
VS.                          .
                             .  Newark, New Jersey
TEVA PHARMACEUTICAL          .  February 5, 2021
INDUSTRIES USA, INC.         .
et al.,                      .
          Defendants.        .
------------------------

              TRANSCRIPT OF SCHEDULING CONFERENCE
          BEFORE THE HONORABLE MICHAEL A. HAMMER
                UNITED STATES MAGISTRATE JUDGE


APPEARANCES:
For the Plaintiff:       CHARLES M. LIZZA, ESQ.
                         Saul Ewing Arnstein &
                         Lehr, LLP
                         One Riverfront Plaza
                         1037 Raymond Blvd., Suite 1520
                         Newark, NJ 07102-5426
                         (973) 286-6715
                         clizza@saul.com

                         ISAAC S. ASHKENAZI, ESQ.,
                         Paul Hastings, LLP
                         200 Park Avenue
                         New York, NY 10166
                         (212) 318-6432
                         isaacashkenazi@paulhastings.com


Audio Operator:

Transcription Company:   KING TRANSCRIPTION SERVICES
                         3 South Corporate Drive
                         Suite 203
                         Riverdale, NJ 07457
                         (973) 237-6080


Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

```
For the Defendants:     ZAHIRE D. ESTRELLA-CHAMBERS, ESQ.,
                        Walsh Pizzi O'Reilly
                        Falanga LLP
                        3 Gateway Center, Floor 15
                        Newark, NJ 07102-4061
                        (973) 757-1100
                        zestrella@walsh.law

                        CHRISTINE I. GANNON, ESQ.,
                        Walsh Pizzi O'Reilly
                        Falanga LLP
                        3 Gateway Center, Floor 15
                        Newark, NJ 07102-4061
                        (973) 757-1100
                        cgannon@walsh.law

                        JOHN CHRISTOPHER ROZENDAAL, ESQ.,
                        Sterne, Kessler, Goldstein & Fox
                        P.L.L.C.
                        1100 New York Ave, NW Suite 600
                        Washington DC 20005
                        (202) 772-8747
                        jcrozendaal@sternekessler.com

                        UMA N. EVERETT, ESQ.,
                        Sterne, Kessler, Goldstein & Fox
                        P.L.L.C.
                        1100 New York Ave, NW Suite 600
                        Washington DC 20005
                        (202) 772-8747 8520
                        ueverett@sternekessler.com
```

I N D E X

PROCEEDING                                              PAGE

Scheduling Matter                                        4

1          (Commencement of proceedings)

2

3          THE COURT: We are on the record in -- if
4  I'm pronouncing it correctly, Alkermes Inc. and
5  Alkermes Pharma Ireland Limited v. Teva
6  Pharmaceuticals, Civil Number 20-12470. This is a
7  Hatch-Waxman ANDA matter. Could I have appearances
8  please? And we're here for the Rule 16 Scheduling
9  Conference. Can I have appearances please beginning
10 with plaintiff's counsel?
11         MR. LIZZA: Good afternoon Your Honor and you
12 pronounced the names of the parties to the case
13 correctly. This is Charlie Lizza from the --
14         THE COURT: Thanks, I got lucky.
15         MR. LIZZA: This is Charlie Lizza from the
16 Saul Ewing firm on behalf of Alkermes and my co-counsel
17 will introduce himself.
18         MR. ASHKENAZI: Good afternoon Your Honor this
19 is Isaac Ashkenazi of Paul Hastings, also on behalf of
20 Alkermes.
21         THE COURT: All right, good afternoon. Who
22 else do we have for the plaintiff?
23         MR. LIZZA: That's it for the plaintiff Your
24 Honor.
25         THE COURT: All right, turning to our friends

1   on Teva side.  Who do we have from Walsh Pizzi?
2           MS. ESTRELLA-CHAMBERS:  Good morning Your
3   Honor this is Zahire Estrella-Chambers, along with
4   Christine Gannon from Walsh Pizzi.
5           MS. GANNON:  Good afternoon Your Honor.
6           THE COURT:  All right, good afternoon.
7           MS. ESTRELLA-CHAMBERS:  Good afternoon Judge.
8           THE COURT:  And for -- it's good -- it's good
9   to hear from you again counsel.  And how about from
10  Sterne Kessler?
11          MR. ROZENDAAL:  Your Honor this is J.C.
12  Rozendaal from Sterne Kessler and also on the line is
13  my colleague Uma Everett.
14          THE COURT:  All right.  So, I have looked at
15  the joint discovery plan.  I didn't see anything in
16  there particularly surprising or disconcerting.  Is
17  there anything that I should be aware of?  You folks,
18  you know, laid out the schedule well, gave me the 30
19  month expiration stay, seem to have allocated the time
20  certainly consistent with -- consistently with the
21  local patent rules.  No discovery disputes yet.  What
22  else should I be aware of?  I have no issue with the
23  schedule that you put forth.
24          MR. ASHKENAZI:  Your Honor this is Isaac
25  Ashkenazi on behalf of Alkermes.  I think you got that

1 all right.  We are in full agreement in the joint

2 discovery plan, no disputes currently.  And as you

3 mentioned where the plan's in line with the local

4 rules.

5           Just as -- as a note, which I'm sure Your –

6 Your Honor noticed, 30 months stay expires in January

7 2023.

8           THE COURT:  Right.

9           MR. ASHKENAZI:  And we are proposing a trial

10 date in July 2022, giving the Court plenty of time to

11 issue a ruling to the extent necessary.

12          As far as we're concerned, nothing – nothing

13 else the Court needs to address at this point in

14 time.

15          THE COURT:  Actually, yeah one quick

16 question Mr. Ashkenazi, am I right that this is a

17 purely bench trial or are there claims that require a

18 jury?

19          MR. ASHKENAZI:  Pure -- purely bench trial

20 Your Honor.

21          THE COURT:  Okay, I thought so.  I just wanted

22 to be sure.  All right, how about on the defense side,

23 anything that you want to bring to the Court's

24 attention?

25          MR. ROZENDAAL:  No, Your Honor, this is J.C.

Scheduling Conference
20-cv-12470
7

1    Rozendaal for Teva, we are at the moment, at least, in
2    agreement on everything.  I - I don't know how long
3    that will last, but for today I don't think we have
4    anything else to raise.
5            THE COURT:  All right, so the only two
6    things I'm going to add into the mix, a June one
7    deadline for written discovery disputes.  Anybody have
8    any objection to that?  Obviously if something comes up
9    later that couldn't have reasonably been raised by that
10   deadline, then it's just -- you know it's a Rule 16
11   Good Cause Analysis.  But if you folks think that that
12   deadline is not realistic for some reason please let me
13   know.
14           MR. ASHKENAZI:  Your Honor this is Isaac
15   Ashkenazi on behalf of Alkermes.  It seems fine with
16   me.  I'm -- I'm just looking at the schedule to put it
17   in place and I'll -- I'll --
18           THE COURT:  Yeah.
19           MR. ASHKENAZI:  -- I'll ask my colleagues for
20   Teva to see if they have any concern with it?
21           MR. ROZENDAAL:  Your Honor, this is J.C.
22   Rozendaal, I'm also just looking at the schedule to
23   sort of see where our fact -- so fact discovery doesn't
24   close until December 16 –
25           THE COURT:  Right.  But this -- let me clear,

1 this is limited to written discovery. But like I said

2 if for example there's some delay and we need to tweak

3 that date and nobody's fighting, and of course it

4 doesn't jeopardize the decision before the expiration

5 of 30 month stay, I'm always happy to, you know, move

6 that date. We do that.

7   Or, if as may be the case you folks get near

8 up against that deadline and you're still meeting and

9 conferring to try to, you know, reach a resolution as

10 to – certainly local counsel for both sides would tell

11 you I'm almost always amenable to moving that back to

12 let the parties try and solve their own problems.

13   MR. ROZENDAAL: Your Honor, this is J.C.

14 Rozendaal again for Teva. I'm just looking at the

15 schedule and it looks like the date for substantial

16 completion of document production is October 13th.

17   THE COURT: Right.

18   MR. ROZENDAAL: And so I'm -- I'm wondering --

19 I'm wondering if the June date is -- is a little early

20 --

21   THE COURT: Realistic?

22   MR. ROZENDAAL: -- if we won't see -- if we

23 won't see the documents until after that date.

24   THE COURT: I see your point. Here's my only

25 concern -- and this sometimes is just the nature of

1 ANDA litigation. My concerns is you folks hit me with
2 a very substantial dispute, say end of
3 September/beginning of October that impacts -- no, that
4 still shouldn't impact expert discovery. All right, so
5 what if we made that November 1? I overlooked the
6 substantial completion deadline. So does November 1
7 make more sense?
8      MR. ROZENDAAL: I think November 1 would make
9 more sense under the circumstances Your Honor.
10      MR. ASHKENAZI: Your Honor this is Isaac
11 Ashkenazi, we're fine for that -- with that. Again, my
12 understanding is this is the written discovery dispute
13 deadline; correct?
14      THE COURT: Yeah.
15      MR. ASHKENAZI: Yeah.
16      THE COURT: Yeah. In terms of --
17      MR. ASHKENAZI: We'll be --
18      THE COURT: Yeah, go ahead, I'm sorry Isaac.
19      MR. ASHKENAZI: No, I said we -- we'd be fine
20 with that November deadline as well Your Honor.
21      THE COURT: Look, in terms of deposition
22 disputes the only real rule -- because Rule 30, I
23 think, does a pretty good jobs of covering what you can
24 and can't do by way of objections and instructions not
25 to answer -- a deposition.

1            The only other rule that I have, and this is
2    in the scheduling order and I think probably every M.J.
3    has this, if there's a dispute at the deposition over a
4    an instruct not to answer, you have to call me from the
5    deposition.  Okay, that's an absolute rule.  Obviously
6    if you don't get me that's not on you.  But you have to
7    at least try and get me.
8            And then the only other thing is how about we
9    talk again -- hold on I have the date in here.  We talk
10   again on May 6th at 4 p.m.  Does anybody have an issue
11   with that date?
12           MS. ESTRELLA-CHAMBERS:  You said May 6th Your
13   Honor?
14           THE COURT:  I'm sorry?
15           MS. ESTRELLA-CHAMBERS:  You said May 6th?  I'm
16   sorry I just didn't hear the number.
17           THE COURT:  Yeah, May 6th at 4 p.m.  All right
18   if there comes to be an issue with that date let me
19   know, and I'm sure we can find another one.  Okay.
20           MR. ASHKENAZI:  Sounds good Your Honor, thank
21   you.
22           THE COURT:  All right counsel have a great
23   weekend.  Good to talk to all of you, and we'll talk in
24   May.
25           MR. ROZENDAAL:  All right, thank you Your

| | Scheduling Conference | 11 |
|---|---|---|
| | 20-cv-12470 | |

1  Honor.
2         MS. ESTRELLA-CHAMBERS:  You too Judge have a
3  good one.
4         THE COURT:  Thank you.
5
6              (Conclusion of proceedings)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATION

I, JESSICA ROBINSON, Transcriptionist, do hereby certify that the pages contained herein constitute a full, true, and accurate transcript from the official electronic recording of the proceedings had in the above-entitled matter; that research was performed on the spelling of proper names and utilizing the information provided, but that in many cases the spellings were educated guesses; that the transcript was prepared by me or under my direction and was done to the best of my skill and ability.

I further certify that I am in no way related to any of the parties hereto nor am I in any way interested in the outcome hereof.

/s/ *Jessica Robinson*                          02/10/21
Signature of Approved Transcriber               Date
Jessica Robinson, AOC #581

King Transcription Services
3 South Corporate Drive
Suite 203
Riverdale, NJ 07457
(973) 237-6080