Liza M. Walsh
Christine I. Gannon
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Of counsel:*
J.C. Rozendaal
Uma Everett
Tyler Liu
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave., NW, Suite 600
Washington, DC 20005
(202) 371-2600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALKERMES, INC. and ALKERMES PHARMA IRELAND LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>*Defendant*. | Civil Action No. 20-12470 (MCA)(MAH)<br><br>**NOTICE OF MOTION**<br>***IN LIMINE* NO. 1 TO PRECLUDE ALKERMES FROM PROVIDING EVIDENCE OR TESTIMONY, OR OTHERWISE REFERENCING, TEVA'S PURPORTED ROLE IN THE OPIOID EPIDEMIC**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that pursuant to the schedule set forth by the Court in the Order, dated July 28 at DE No. 159, the undersigned counsel for Defendant, Teva Pharmaceuticals USA, Inc. ("Teva"), shall move *in limine* before the Honorable Madeline Cox Arleo, U.S.D.J., at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New

Jersey, for an Order precluding Plaintiffs from offering any evidence, testimony, argument, and/or reference to Teva's purported role in the opioid epidemic.

**PLEASE TAKE FURTHER NOTICE THAT** in support of the within motion *in limine*, no. 1 Teva will rely upon its Brief, Declaration of Christina Dashe with Exhibits annexed thereto, any additional submissions made hereafter, and oral argument, if any. A proposed form of Order is also submitted for the Court's consideration.

Dated: September 29, 2022

*s/Liza M. Walsh*
Liza M. Walsh
Christine I. Gannon
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Of counsel:*
J.C. Rozendaal
Uma Everett
Tyler Liu
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave., NW, Suite 600
Washington, DC 20005
(202) 371-2600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*