Liza M. Walsh
Christine I. Gannon
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Of counsel:*
J.C. Rozendaal
Uma Everett
Tyler Liu
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave., NW, Suite 600
Washington, DC 20005
(202) 371-2600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALKERMES, INC. and ALKERMES PHARMA IRELAND LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>*Defendant*. | Civil Action No. 20-12470 (MCA)(MAH)<br><br>**[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* NO. 1 TO PRECLUDE ALKERMES FROM PROVIDING EVIDENCE OR TESTIMONY, OR OTHERWISE REFERENCING, TEVA'S PURPORTED ROLE IN THE OPIOID EPIDEMIC**<br><br>*Filed Electronically* |

    **THIS MATTER** having been brought before the Court by Defendant, Teva Pharmaceuticals USA, Inc. ("Teva"), motion *in limine* no. 1 to preclude Plaintiff from offering any evidence, testimony, argument, and/or reference to Teva's purported role in the opioid epidemic; and the Court having considered the written submissions of the parties and the arguments of counsel, if any, and good and other cause having been shown;

**IT IS ON THIS** _____ day of _____, 2022,

**ORDERED** that Teva's motion *in limine* no. 1 is hereby **GRANTED**; and it is further

**ORDERED** that any evidence, testimony, argument, and/or reference to Teva's purported role in the opioid epidemic are hereby **PRECLUDED**; and it is further

**ORDERED** that Plaintiffs are not permitted to offer any evidence, testimony, argument, and reference to Teva's purported role in the opioid epidemic at trial.

_____
**Hon. Madeline Cox Arleo, U.S.D.J.**