

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

October 24, 2022

**VIA ECF**

The Honorable Madeline Cox Arleo, U.S.D.J.
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:   *Alkermes, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
             Civil Action No. 20-12470 (MCA)(MAH)

Dear Judge Arleo:

    This firm, together with Paul Hastings LLP, represents plaintiffs Alkermes, Inc. and Alkermes Pharma Ireland Limited (together, "Alkermes") in the above-captioned matter.

    We respectfully request a 2-business day extension—until Tuesday, November 1, 2022—of the deadline to file pretrial briefs. Pursuant to Your Honor's July 28, 2022 Letter Order (D.I. 159), the pretrial briefs are due on October 28. Alkermes requests this extension to account for certain scheduling issues resulting from the recent Jewish Holidays, and does not seek to modify any other aspect of Your Honor's July 28 Letter Order. Defendant consents to this extension. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

                                  Respectfully yours,

                                  Charles M. Lizza

cc:   Hon. Michael A. Hammer, U.S.M.J. (via ECF)
       All Counsel (via email)

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Madeline Cox Arleo, U.S.D.J.
October 24, 2022
Page 2

SO ORDERED that the parties shall file their respective pretrial briefs (each limited to 30 pages, 12-point font, double-spaced) on November 1, 2022 by 6:00 p.m. ET.

_____
Hon. Madeline Cox Arleo, U.S.D.J.