

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

November 2, 2022

**VIA ECF**

The Honorable Madeline Cox Arleo, U.S.D.J.
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: *Alkermes, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
    Civil Action No. 20-12470 (MCA)(MAH)

Dear Judge Arleo:

  This firm, together with Paul Hastings LLP, represents plaintiffs Alkermes, Inc. and Alkermes Pharma Ireland Limited (together, "Alkermes") in the above-captioned matter. Yesterday, the parties filed their pretrial briefs. Teva filed a declaration that attached certain deposition testimony. D.I. 182, Exhs. 1-5. We write to preserve our objections to the deposition submissions and respectfully request that they be disregarded for the following reasons:

  *First*, two of the witnesses (Drs. Elliot Ehrlich and Roger D. Weiss, D.I. 182, Exhibits 4-5) will testify live at trial as stated in the Final Pretrial Order. (D.I. 165, Tab 8.) Their deposition testimony is inadmissible. (Fed. R. Evid. 801; Fed. R. Civ. P. 32.) As such, the parties made no designations of this testimony in the Final Pretrial Order. (D.I. 165, Ex. B.)

  *Second*, although the other two witnesses (James H. Kerrigan and Raymond Bartus, D.I. 182, Exhibits 1-3) will testify by deposition, Teva omitted the counter-designations, rendering the presentation incomplete and contrary to the requirements of the Final Pretrial Order: "[A]ll deposition designations for a witness will be played at one time during trial in chronological order." (D.I. 165 at 209; *see also* Fed. R. Evid. 106; Fed. R. Civ. P. 32(a)(6) (rules of completeness).)

  For the foregoing reasons, Alkermes respectfully requests that D.I. 182, Exhibits 1-5, be disregarded so the record for trial, and any potential appeals, including any submissions of deposition testimony, is made in a proper, orderly, and complete manner, in compliance with the Final Pretrial Order, Federal Rules of Evidence, and Federal Rules of Civil Procedure.

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Madeline Cox Arleo, U.S.D.J.
November 2, 2022
Page 2

      Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc:    All Counsel (via email)