UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALKERMES, INC. and ALKERMES PHARMA IRELAND LIMITED,**<br><br>*Plaintiffs,*<br>**v.**<br><br>**TEVA PHARMACEUTICALS USA, INC.,**<br><br>*Defendant.* | Civil Action No. 20-12470 (MCA)(MAH)<br><br>**ORDER**<br><br>*Filed Electronically* |

**THIS MATTER** having been brought before the Court by Defendant, Teva Pharmaceuticals USA, Inc. ("Teva"), motion *in limine* no. 1 to preclude Plaintiff from offering any evidence, testimony, argument, and/or reference to Teva's purported role in the opioid epidemic; and the Court having considered the written submissions of the parties and the arguments of counsel, if any, and good and other cause having been shown, and for the reasons stated on the record;

**IT IS ON THIS** 9th day of November, 2022;

**ORDERED** that Defendant's motion *in limine* no. 1 is **GRANTED** in part and **DENIED** in part;

and it is further **ORDERED** that:

- Plaintiffs' Exhibit 1, the HHS.gov webpage titled "What is the U.S. Opioid Epidemic?" is permitted;

- Plaintiffs' Exhibit 2, PTX-148, a Reuters article titled "Drugmaker Teva fueled opioid addiction in New York, jury finds," dated December 30, 2021, is excluded;

- Plaintiffs' Exhibit 3, PTX-265, a document titled "Teva Reaches Tentative $4.25 Billion Settlement Over Opioids," dated July 26, 2022, is excluded;

- Plaintiffs' Exhibit 4, excerpts from the deposition transcript of Lina Lahoz, taken January 20, 2022, is excluded;

- Plaintiffs' Exhibit 5, PTX-145, a spreadsheet prepared by Teva reflecting projected sales for its generic version of VIVITROL®, is permitted.

*/s Madeline Cox Arleo*
**HON. MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**