# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

NEWARK

**Date:** 11/9/22

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                          **Docket No.** 20cv-12470(MCA)

ALKERMES, INC., et al. v. TEVA PHARMACEUTICAL INDUSTRIES USA, INC.

**Appearances:**

Isaac Ashkenazi, Esq., for plaintiff
Sarah Sullivan, Esq., for plaintiff
Bruce Wexler, Esq., for plaintiff
Max Yusem, Esq., for plaintiff
Christine Gannon, Esq., for defendant
Jessica Formichella, Esq., for defendant
Uma Everett, Esq., for defendant
JC Rozendaal, Esq., for defendant

**Nature of proceedings**: Oral Argument

Oral argument held on motions in limine [161], [163]
Ordered: motion in limine 1 [161] is granted in part and denied in part. Motion in limine 2 [163]
is denied.
Order to be issued.

Time Commenced 2:15 p.m.
Time Adjourned 2:55 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk