# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 11/14/22

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                             Docket No. 20cv-12470(MCA)

ALKERMES, INC., et al. v. TEVA PHARMACEUTICAL INDUSTRIES USA, INC.

**Appearances:**

Charles Lizza, Esq., for plaintiff
Isaac Ashkenazi, Esq., for plaintiff
Sarah Sullivan, Esq., for plaintiff
Bruce Wexler, Esq., for plaintiff
Liza Walsh, Esq., for defendant
Christine Gannon, Esq., for defendant
Jessica Formichella, Esq., for defendant
Uma Everett, Esq., for defendant

**Nature of proceedings**: Status Conference (via zoom)

Status conference held.
Trial date rescheduled to start on: 2/16/23.
Status letter to be filed by 2/1/23.
Ordered transcript shall be sealed.

Time Commenced 9:00 a.m.
Time Adjourned 9:15 a.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk