

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 8, 2023

**VIA ECF**

Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:  **Alkermes, Inc. v. Teva Pharmaceuticals USA, Inc., et al.**
            **Civil Action No.: 2:20-cv-12470 (MCA/MAH)**

Dear Judge Arleo:

      This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in the above-referenced matter. Pursuant to the conversations with Your Honor's Courtroom Deputy, we write on behalf of Alkermes and Teva (collectively, "the parties") to advise the Court of the materials that the parties plan on bringing to the courthouse on February 9, 2023 and February 15, 2023 in preparation for the trial that is scheduled to begin on February 16, 2023.

      The equipment will be delivered and installed on February 9, 2023 by technicians from Aquipt, Inc., along with trial presenters Bill Goodwin of Sterne, Kessler, Goldstein & Fox P.L.L.C. and Roy Campos of On the Record. Additionally, 911 Courier will deliver boxes of documents for Teva on February 9, 2023 and throughout the duration of the trial. 911 Courier will also deliver boxes of documents and other materials for Alkermes on February 15, 2023. The parties respectfully request that the following courier service and Aquipt technicians have access to the secured area of the courthouse:

      **911 Courier**
      Michael Borroto
      2014 Nissan NV200 (cargo van)
      NJ Plate: D94-LND

      **Aquipt, Inc. Technicians**
      Christian Gregory
      Bob Donahue
      White Chevy Express Van
      PA Plate: ZMZ-2828

Hon. Madeline Cox Arleo, U.S.D.J.
February 8, 2023
Page 2

Further, the following items will be brought into the courthouse for the trial setup:

1. Computer monitors;
2. Laptops;
3. Projector, screen and bulbs;
4. Tech tables and skirts;
5. HDMI switches;
6. Speakers;
7. Cables, cords, and power strips;
8. Library cart;
9. Numerous boxes of trial documents, supplies, and water;
10. Printers for Alkermes's and Teva's breakout rooms; and
11. Items for Alkermes's breakout room, including cases of paper and beverages.

Should the above items meet with Your Honor's approval, we respectfully request that Your Honor "So Order" this correspondence and have it entered on the docket. The Order will be provided to the Marshalls upon arrival at the courthouse to facilitate security screening and courtroom access.

We thank the Court for its consideration of this submission and ongoing attention to this matter, and remain available should Your Honor or Your Honor's staff have any questions.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/ Charles M. Lizza | s/ Liza M. Walsh |
| Charles M. Lizza | Liza M. Walsh |
| Counsel for Alkermes | Counsel for Teva |

SO ORDERED this ___, day of February, 2023

_____
Honorable Madeline Cox Arleo, U.S.D.J.