

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

February 14, 2023

**VIA ECF**

The Honorable Madeline Cox Arleo, U.S.D.J.
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Alkermes, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
Civil Action No. 20-12470 (MCA)(MAH)

Dear Judge Arleo:

This firm, together with Paul Hastings LLP, represents plaintiffs Alkermes, Inc. and Alkermes Pharma Ireland Limited in the above-captioned matter. Pursuant to Your Honor's directive during the November 14, 2022 telephone conference, we write, together with defendant Teva Pharmaceuticals USA, Inc., to confirm that we are presently prepared to proceed with the trial starting this week on Thursday, February 16, 2023 at 9:30 a.m. We look forward to seeing Your Honor then.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc: All Counsel (via email)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP