

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 14, 2023

**VIA ELECTRONIC FILING**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  *Alkermes, Inc. v. Teva Pharmaceuticals USA, Inc., et al.*
 **Civil Action No.: 2:20-cv-12470 (MCA/MAH)**

Dear Judge Arleo:

This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in connection with the above-referenced matter. We write, together with counsel for Alkermes, in advance of the February 16, 2023 trial. The parties have conferred and, subject to Your Honor's approval, have reached agreement to present the testimony of Laurence Westreich during the afternoon of February 16, 2023. However, due to Dr. Westreich's scheduling conflicts, the parties intend to complete the presentation of his testimony on February 16. Accordingly, to the extent necessary, the parties respectfully request that the Court extend the trial day beyond 4:30pm, if necessary, to complete the presentation of Dr. Westreich's testimony.

We thank the Court for its consideration of this submission and ongoing attention to this matter and remain available should Your Honor or Your Honor's staff have any questions.

Respectfully submitted,

*/s/ Charles M. Lizza*
Charles M. Lizza

*Counsel for Alkermes*

Respectfully submitted,

*/s/ Liza M. Walsh*
Liza M. Walsh

*Counsel for Teva*

cc: All Counsel of Record (via ECF and email)