

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 15, 2023

**VIA ELECTRONIC FILING**
Honorable Michael A. Hammer, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:  *Alkermes, Inc. v. Teva Pharmaceuticals USA, Inc., et al.*
          Civil Action No.: 2:20-cv-12470 (MCA/MAH)

Dear Judge Hammer:

    This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in connection with the above-referenced matter. We write on behalf of Teva and Plaintiff to request the unsealing of the letter from Liza M. Walsh to the Hon. Madeline Cox Arleo, U.S.D.J., dated February 1, 2023 at DE No. 198.

    Teva filed the above referenced correspondence under seal out of an abundance of caution. However, the parties have conferred and confirmed that the docket entry does not contain confidential material and is suitable for the public docket without redaction. Accordingly, we respectfully request Your Honor endorse this letter "So Ordered" directing the Clerk to unseal DE No. 198.

    We thank the Court for its ongoing attention to this matter and are available should Your Honor have any questions or concerns regarding this submission.

                    Respectfully submitted,

                    *s/ Liza M. Walsh*

                    Liza M. Walsh

cc: All Counsel of Record (via ECF and email)

                    **SO ORDERED.**

                    _____
                    **Hon. Michael A. Hammer, U.S.M.J.**