# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 2/17/23

**JUDGE:** Madeline Cox Arleo

COURT REPORTER: Stacy Mace

DEPUTY CLERK: Amy Andersonn

**Title of Case:**  **Docket No.** 20-cv-12470(MCA)

ALKERMES, INC. V. TEVA PHARMACEUTICAL INDUSTRIES USA, INC.

**Appearances:**   Charles Lizza, Sarah Sullivan, Bruce Wexler, Isaac Ashkenazi, for plaintiffs Alkermes, Inc., et al.

Liza Walsh, Christine Gannon, Jessica Formichella, JC Rozendaal, Michael Joffre, Uma Everett, for defendants Teva Pharmaceutical Industries USA, Inc.

**Nature of proceedings:**  BENCH TRIAL

Bench trial continued.
Dr. Alpaslan Yaman sworn for defendant.
Lunch recess from 1:10 p.m.- 2:05 p.m.
Dr. Alpaslan Yaman continued.
Trial adjourned at 3:15 p.m. until 2/21/23 at 9:30 a.m.

Time Commenced 9:40 a.m.
Time Adjourned 3:15 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk