# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 2/23/23

**JUDGE:** Madeline Cox Arleo

COURT REPORTER: Stacy Mace

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                                                 Docket No. 20-cv-12470(MCA)

ALKERMES, INC. V. TEVA PHARMACEUTICAL INDUSTRIES USA, INC.

**Appearances:**   Charles Lizza, Sarah Sullivan, Bruce Wexler, Isaac Ashkenazi, for plaintiffs Alkermes, Inc., et al.

Liza Walsh, Christine Gannon, Jessica Formichella, JC Rozendaal, Michael Joffre, Uma Everett, for defendants Teva Pharmaceutical Industries USA, Inc.

**Nature of proceedings:** BENCH TRIAL

Bench trial continued.
Dr. Steven Ronald Little sworn for plaintiff.
Lunch recess 1:20 p.m.-2:10 p.m.
Dr. Steven Ronald Little continued.
Proposed briefing schedule to be submitted.
Bench trial completed.

Time Commenced 10:20 a.m.
Time Adjourned 3:15 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk