

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 27, 2023

**VIA ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: Alkermes, Inc. v. Teva Pharmaceuticals USA, Inc., et al.
Civil Action No.: 2:20-cv-12470 (MCA/MAH)

Dear Judge Arleo:

This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in the above-referenced matter. Pursuant to Your Honor's request, we write on behalf of Teva and together with Alkermes (collectively, "the parties") to memorialize the schedule for and related information concerning the submission of post-trial briefs and proposed findings of fact ("FOF") and conclusions of law ("COL"). Specifically, the schedule for post-trial submissions is set forth below:

- **April 5, 2023 by 6:00 p.m. ET** - Simultaneous filing of Opening Post-Trial Briefs and Proposed FOF/COL (on all issues);

- **May 17, 2023 by 6:00 p.m. ET** - Simultaneous filing of Responsive Post-Trial Briefs (on all issues) and Responsive FOF/COL (including any additional responsive proposed FOF and COL; parties need not respond to each proposed FOF or COL submitted by the other party in the opening submission); and

- **Closing Arguments** – on a day to be set by the Court following post-trial submissions.

In addition, opening and responsive post-trial briefs will be limited to 40 pages, double-spaced, in 12-pt. Times New Roman or other proportional font. Finally, the parties will submit hyperlinked versions of all post-trial submissions on a thumb drive within two business days of filing. Hyperlinking will include trial testimony, trial exhibits, as well as legal authorities.

The parties respectfully request that Your Honor "So Order" this letter and have it entered on the docket.

Honorable Madeline Cox Arleo, U.S.D.J.
February 27, 2023
Page 2

      We thank the Court for its ongoing attention and consideration of this submission and are available should Your Honor or Your Honor's staff have any questions or need anything further.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/ Charles M. Lizza | s/Liza M. Walsh |
| Charles M. Lizza | Liza M. Walsh |
| *Attorneys for Alkermes* | *Attorneys for Teva* |

cc: All Counsel of Record (via E-mail)

**SO ORDERED:**

_____
Hon. Madeline Cox Arleo, U.S.D.J.