

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

March 30, 2023

**<u>VIA ECF</u>**

The Honorable Madeline Cox Arleo, U.S.D.J.
King Fed. Bldg. & U.S. Courthouse
Courtroom 4A
50 Walnut Street
Newark, NJ 07101

      Re:   *Alkermes, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
            Civil Action No. 20-12470 (MCA)(MAH)

Dear Judge Arleo:

      This firm, together with Paul Hastings LLP, represents plaintiffs Alkermes, Inc. and Alkermes Pharma Ireland Limited (together, "Alkermes") in the above-captioned matter.

      We write to respectfully request a one-week extension, until April 12, 2023, of the deadline to submit opening post-trial briefs and proposed findings of fact and conclusions of law. Pursuant to Your Honor's March 9, 2023 Letter Order (D.I. 215), the deadline is April 5. Alkermes requests this additional time to account for the unexpected unavailability of counsel, as well as other emergency case scheduling conflicts, exacerbated by the intervening holiday. Defendant does not object to this request, which will not result in any change to the deadline to file the responsive submissions or the date for closing arguments. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

      Thank you for Your Honor's kind attention to this matter.

                  Respectfully yours,

                  Charles M. Lizza

cc:    All Counsel (via email)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Madeline Cox Arleo, U.S.D.J.
March 30, 2023
Page 2


SO ORDERED.

_____   4/5/23
Hon. Madeline Cox Arleo, U.S.D.J.