

Charles M. Lizza

Phone:  (973) 286-6715

Fax:  (973) 286-6815

clizza@saul.com

www.saul.com

May 15, 2023

**VIA ECF**

The Honorable Madeline Cox Arleo, U.S.D.J.
King Fed. Bldg. & U.S. Courthouse
Courtroom 4A
50 Walnut Street
Newark, NJ 07101

    Re:   *Alkermes, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
          Civil Action No. 20-12470 (MCA)(MAH)

Dear Judge Arleo:

    This firm, together with Paul Hastings LLP, represents plaintiffs Alkermes, Inc. and Alkermes Pharma Ireland Limited (together, "Alkermes") in the above-captioned matter.

    We write to respectfully request a brief, two-day extension, until May 19, 2023 at 6:00 p.m. EST, of the deadline to submit responsive post-trial briefs and responsive proposed findings of fact and conclusions of law.  Pursuant to Your Honor's March 9, 2023 Letter Order (D.I. 215), the deadline is May 17 at 6:00 p.m. EST.  Alkermes requests this additional time due to unforeseen counsel unavailability.  Defendant does not object to this request.  If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc:    All Counsel (via email)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Madeline Cox Arleo, U.S.D.J.
May 15, 2023
Page 2

SO ORDERED that the deadline to simultaneously file responsive post-trial briefs and responsive findings of fact and conclusions of law is hereby extended to May 19, 2023 at 6:00 p.m. EST.

_____
Hon. Madeline Cox Arleo, U.S.D.J.