# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 6/6/23

**JUDGE:** Madeline Cox Arleo

COURT REPORTER: Sara Killian

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                                              Docket No. 20-cv-12470(MCA)

ALKERMES, INC. V. TEVA PHARMACEUTICAL INDUSTRIES USA, INC.

**Appearances:**   Charles Lizza, Sarah Sullivan, Bruce Wexler, Isaac Ashkenazi, Sara Spencer for plaintiffs Alkermes, Inc., et al.

Liza Walsh, Jessica Formichella, JC Rozendaal, Uma Everett, for defendants Teva Pharmaceutical Industries USA, Inc.

**Nature of proceedings**:  BENCH TRIAL

Closing arguments held on the record.

Time Commenced 2:05 p.m.
Time Adjourned 4:30 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk